UNITED STATES of America, Plaintiff—Appellee,

v.

Stanley Gene ELLIS, Defendant—Appellant.

No. 05–30425.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Resubmitted June 5, 2007.*

Filed June 7, 2007.

Frank R. Papagni, Jr., Esq., USEU–Office of the U.S. Attorney, Eugene, OR, for Plaintiff–Appellee.

Bryan E. Lessley, Esq., FPDOR–Federal Public Defender's Office, Eugene, OR, for Defendant–Appellant.

Before: REINHARDT, TASHIMA, and GRABER, Circuit Judges.

MEMORANDUM **

Defendant Stanley Gene Ellis pleaded guilty to one count of a felon in possession of a firearm. The district court sentenced him to 188 months' imprisonment pursuant to the Armed Career Criminal Act of 1984, 18 U.S.C. § 924(e). Defendant's only argument on appeal is that his prior convictions should have been alleged in the charging document and either admitted or proved to a jury beyond a reasonable doubt. We affirm.

Defendant's argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 243–47, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *See also United States v. Grisel*, 488 F.3d 844, 846 (9th Cir.2007) (en banc) (noting that *Almendarez–Torres* remains good law). Defendant's argument that we should invoke the

doctrine of constitutional doubt is foreclosed by *Grisel*, 488 F.3d at 846–47.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

